AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
SARAH L. W. SUTHERLAND, State Bar No. 239889
ssutherland@mbdlaw.com
MILLER BROWN & DANNIS
750 B Street, Suite 2310
San Diego, CA 92101
Telephone: (619) 595-0202
Facsimile: (619) 702-6202

Attorneys for Defendant / Plaintiff
SAN DIEGO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.B., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT,<br>　　　　Defendants. | Case No.: 08 CV 0028 MMA (WMc),<br>[Consolidated with<br>Case No. 08 CV 0039 L RBB]<br><br>**STIPULATION REGARDING SECOND AMENDED COMPLAINT**<br><br>Dept:　　Courtroom 5<br>Judge:　Hon. Michael M. Anello<br><br>Second Amended Complaint Filed: May 8, 2009 |
| SAN DIEGO UNIFIED SCHOOL DISTRICT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T.B., et al.,<br><br>　　　　Defendants. | |

Plaintiffs T.B., a minor, Allison Brenneise and Robert Brenneise (collectively, "Plaintiffs"), and Defendant San Diego Unified School District ("Defendant"), hereby stipulate to the following:

1. Plaintiffs' Fourth, Fifth, Sixth, and Seventh Claims for Relief of their Second Amended Complaint are intended by Plaintiffs to be limited to claims that accrued on or after August 31, 2006. Plaintiffs are not seeking any remedy for injury they may have sustained before August 31, 2006 with respect to those claims.

2. Plaintiffs have not alleged a claim, and do not intend to allege a claim, under the California Unruh Civil Rights Act in their Second Amended Complaint, despite references to that Act in paragraphs 1, 6, and 8.

3. Defendant shall file an answer to the Second Amended Complaint no later than June 5, 2009, and will not bring a motion to dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b). However, this agreement to not bring a motion to dismiss shall not prevent Defendant from raising any defense available to it by any other type of motion, in an answer, or at trial.

Based on the stipulations above, the Parties hereby request the Court vacate the telephonic conference set for June 5, 2009 at 4:00 PM regarding the Defendant's proposed motion to dismiss pursuant to Federal Rules of Civil Procedure Rule 12(b).

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: 6/2/09 | MILLER BROWN & DANNIS |
| 2 | | |
| 3 | | By: /s/ Sarah Sutherland |
| 4 | | AMY R. LEVINE |
| 5 | | SARAH L.W. SUTHERLAND<br>Attorneys for Defendant/Plaintiff |
| 6 | | SAN DIEGO UNIFIED SCHOOL DISTRICT |
| 7 | DATED: 6.2.09 | WYNER & TIFFANY |
| 8 | | |
| 9 | | By: Steven Wyner |
| 10 | | STEVEN WYNER<br>MARCY TIFFANY |
| 11 | | Attorneys for Plaintiffs/Defendants<br>T.B., et al. |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF SAN DIEGO          )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: 750 B Street, Suite 2310, San Diego, California, 92101.

On the date set forth below I caused the following documents:

**STIPULATION REGARDING SECOND AMENDED COMPLAINT**

to be served on Plaintiffs/Defendants by serving counsel of record electronically, having verified on the court's CM/ECF website that such counsel is currently on the list to receive emails for this case, and that there are no attorneys on the manual notice list.

Dated: June 2, 2009                    _____
                                        Nicole Griesbach