# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER BRENNEISE, *et al.*, <br>    Plaintiffs, <br><br> v. <br><br> SAN DIEGO UNIFIED SCHOOL DISTRICT, <br><br>    Defendant. <br>_____ <br> SAN DIEGO UNIFIED SCHOOL DISTRICT, <br><br>    Plaintiff, <br><br> v. <br><br> T.B., *et al.*, <br><br>    Defendants. | Case No.: 08 CV 0028 MMA (WMc) <br> [Consolidated with Case No. 08 CV 0039] <br><br> **ORDER GRANTING JOINT MOTION TO PLACE ADMINISTRATIVE RECORD UNDER SEAL** <br><br> [Doc. No. 79] |

1 | The Court, having reviewed and considered the parties' Stipulation to Lodge Under Seal, the Administrative Record From The Office Of Administrative Hearings Consolidated Case Nos. N2006120002 and N2007010848, and with good cause appearing, does hereby **ORDER** that the parties lodge the record from OAH consolidated Case Nos. N2006120002 and N2007010848 under seal on or before August 19, 2009. The administrative record shall remain sealed unless otherwise ordered by this Court. The parties and their counsel shall have access to all documents lodged under seal.

**IT IS SO ORDERED**:

Dated: August 17, 2009

*Michael M. Anello*

HONORABLE MICHAEL M. ANELLO