# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER BRENNIESE, et al.,<br><br>    Plaintiff,<br>  vs.<br>CITY SCHOOL,<br><br>    Defendant. | CASE NO. 08cv28-MMA (WMc)<br><br>ORDER |

On September 29, 2009, the Court held a telephonic status conference in the above captioned case. Participating were Steve Wyner, Marcy Tiffany, Dana Wilkins (counsel for Plaintiff) and Amy Levine (counsel for Defendant). After being advised of the status of the case, the Court issues the following Order:

   1. On or before **October 9, 2009**, the parties shall prepare a joint report outlining what discovery remains to be completed.

   IT IS SO ORDERED.

DATED: October 2, 2009

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court