Wyner Law Group, PC
Steven Wyner (SBN 77295)
swyner@specialedlaw.org
20655 Western Ave., Ste 105
Torrance, CA 90501
Phone: (310) 961-2877
Fax: (310) 533-8099

Tiffany Law Group, P.C.
Marcy Tiffany (SBN 78421)
mtiffany@tiffanylawgroup.com
23670 Hawthorne Blvd., Suite 204
Torrance, California  90505
Phone: (424) 247-8250 x304
Fax: (424) 2247-8257

Attorneys for Plaintiffs & Counterdefendants
T.B., a minor, Allison Brenneise & Robert Brenneise

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.B., by and through his Guardian ad Litem, Allison Brenneise, and Robert Brenneise<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT<br>　　　　　Defendant.<br>_____ | Case No.:  08cv28 MMA (WMc),<br>　　　(consolidated)<br><br>NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES<br><br>Date: September 12, 2011<br>Time: 2:30 p.m.<br>Dept.: Courtroom 5<br><br>Judge. Michael M. Anello |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 12, 2011, at 2:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 5 of the above-entitled Court, located at 940 Front Street, San Diego, California, 92101, Plaintiffs, T.B., by and through his Guardian ad Litem, Allison Brenneise, and Robert Brenneise will and hereby do move this Court for an award of attorneys fees.

The motion is based on this Notice, the Points and Authorities in Support of the Motion, Exhibits 1-20, the Declarations of Marcy Tiffany, Steven Wyner, Maureen Graves, Carol A. Sobel, George Crook, Kathleen M. Loyer, Janeen Steel, and Barrett S. Litt, filed concurrently herewith, the pleadings and orders on file with the Court and such further evidence or argument as the Court may allow.

Dated: July 23, 2011                                              Attorneys for Plaintiffs


       Tiffany Law Group, P.C.                            Wyner Law Group, PC


 By:  /S/_____        By:  /S/_____
            Marcy Tiffany                                           Steven Wyner